# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW FAAVAE PAOPAO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>SCOTT FRAUENHEIM, Warden,<br><br>　　　　Respondent. | No. LA CV 16-07121 VBF (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the habeas corpus petition, all records and files herein, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. Petitioner has not filed objections to the R&R or sought an extension of the objection deadline. Finding no error of law, fact, or logic in the R&R, the Court accepts the Magistrate Judge's findings and conclusions and will implement his recommendations. IT THEREFORE IS ORDERED that:

The habeas corpus petition is **DENIED** for lack of merit.

Judgment will be entered consistent with this Order and with the R&R. As required by Fed. R. Civ. P. 58(a), judgment will be issued as a separate document.

This action is **DISMISSED** with prejudice.

The case shall be **TERMINATED** and closed (JS-6).

Dated: November 29, 2017

*Valerie Baker Fairbank*
VALERIE BAKER FAIRBANK
United States District Judge