UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW FAAVAE PAOPAO,<br><br>    Petitioner,<br><br>    v.<br><br>SCOTT FRAUENHEIM, Warden,<br><br>    Respondent. | No. LA CV 16-07121 VBF (FFM)<br><br>FINAL JUDGMENT |

Pursuant to the Order Dismissing the Action With Prejudice, **final judgment is hereby entered in favor of the respondent and against petitioner Matthew Faavae Paopao.**

Dated: Wednesday, November 29, 2017

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
United States District Judge